IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SID TILSTRA and TILSTRA DAIRY
EQUIPMENT, LTD.,

        Plaintiffs,

v.

BOU-MATIC LLC,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-827-slc

---

This action came before the court and a jury with Magistrate Judge Stephen L. Crocker presiding. The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Bou-Matic LLC against plaintiffs Sid Tilstra and Tilstra Dairy Equipment, Ltd. dismissing plaintiffs' claim for tortious interference with contract as barred by the statute of limitations.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Tilstra Dairy Equipment, Ltd. against defendant Bou-Matic LLC in the amount of CAD$471,124.00 based on the jury's finding that defendant breached the implied duty of good faith in its dealership agreement with Tilstra Dairy Equipment, Ltd.

Approved as to form this 14TH day of May, 2014.

_____
Stephen L. Crocker
Magistrate Judge

_____        5/15/14
Peter Oppeneer                                    Date
Clerk of Court