UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TILSTRA DAIRY EQUIPMENT, LTD.,

        Plaintiff,

vs.                                                   Case No. 12 CV 827

BOUMATIC, LLC,
        Defendant.

## DEFENDANT'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant BouMatic, LLC, by and through its attorneys, Axley Brynelson, LLP, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on May 15, 2014 (Docket # 116). Defendant also appeals the district court's September 19, 2014 Order denying its post judgment motions, namely its Motion for Judgment as a Matter of Law under Fed. R. Civ. P. 50(b), its Motion to Alter or Amend Judgment pursuant to Fed. R. Civ. P. 59(e), and its Motion for New Trial under Fed. R. Civ. P. 59(a). (Docket # 145).

Dated: October 16, 2014.

        **AXLEY BRYNELSON, LLP**

        s/ *Saul Glazer*
        Saul C. Glazer (counsel of record)
        Brian C. Hough
        Attorneys for Defendant
        East Mifflin Street, Suite 200
        Madison, WI 53701-1767
        (608) 257-5661
        (608) 257-5444 facsimile
        sglazer@axley.com
        bhough@axley.com