UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SID TILSTRA and
TILSTRA DAIRY EQUIPMENT, LTD.,

          Plaintiffs,

vs.                                            Case No. 12 CV 827

BOUMATIC, LLC,

          Defendant.

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

SID TILSTRA and
TILSTRA DAIRY EQUIPMENT, LTD.,

          Plaintiffs,

vs.                                            Appeal No. 14-3299

BOUMATIC, LLC,

          Defendant.

**DEFENDANT'S AMENDED NOTICE OF APPEAL**

      PLEASE TAKE NOTICE that Defendant BouMatic, LLC, by and through its attorneys, Axley Brynelson, LLP, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment

entered in this action on May 15, 2014 (Docket # 116). Defendant also appeals the district court's September 19, 2014 Order denying its post judgment motions, namely its Motion for Judgment as a Matter of Law under Fed. R. Civ. P. 50(b), its Motion to Alter or Amend Judgment pursuant to Fed. R. Civ. P. 59(e), and its Motion for New Trial under Fed. R. Civ. P. 59(a). (Docket # 145).

Dated: October 20, 2014.

**AXLEY BRYNELSON, LLP**

s/ *Saul Glazer*
Saul C. Glazer (counsel of record)
Brian C. Hough
Attorneys for Defendant
East Mifflin Street, Suite 200
Madison, WI 53701-1767
(608) 257-5661
(608) 257-5444 facsimile
sglazer@axley.com
bhough@axley.com